**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**REPORT OF EARLY NEUTRAL EVALUATION**
**\*\*\*(To be electronically filed[1])\*\*\***

**Re:** ___Yoder, et al. v. Town of Morristown, et al.___

**Civil No.:** ___09-cv-0007___

**Upon completion of early neutral evaluation and in accordance with Local Rule 83.12-10(a), the following report is submitted for filing with the clerk's office:**

❑    **Case has settled.** **Parties have been instructed to notify the ADR Administrator and promptly prepare and file the appropriate stipulation of dismissal, in accordance with Local Rule 83.12-10(b).** *If this is an action by or on behalf of Infant(s) and/or Incompetent(s), pursuant to Local Rule 17.1(a): "An action by or on behalf of an infant or incompetent shall not be settled or compromised, or voluntarily discontinued, dismissed or terminated, without leave of the court embodied in an order, judgment or decree."*

❑    **Case has settled in part.** **Parties have been instructed to file a stipulation concisely setting forth the resolved claims within five business days of the evaluation session, in accordance with Local Rule 83.12-10(c).**

❑    **Case did not settle.** **The case will proceed toward trial pursuant to the scheduling order entered in the case, in accordance with Local Rule 83.12-10(d).**

[X]    Parties are in active settlement discussions. Request additional 60 days to explore and possibly finalize settlement.

**Date:** ___August 20, 2009___          _David J. Wukitsch_

                                                            **Signature of Neutral**

_____

                                                      ___David J. Wukitsch, Esq.___

 -                                                    **Printed/Typed Name of Neutral**
_____

_____

[1]If you have any questions regarding filing this document, please contact the Clerk's Office in Syracuse, at (315) 234-8500.