# LEMIRE JOHNSON, LLC

## Attorneys at Law

2534 Route 9, P.O. Box 2485, Malta, NY 12020
518.899.5700 ~ 518.793.9005
Fax 518.899.5487

October 23, 2009

*__Via ECF__*

Honorable George H. Lowe
United States Magistrate Judge
United States District Court
Northern District of New York
Syracuse, New York 13261

**Re:** **__Yoder, et al. v. Town of Morristown,__**
     **Civil Case No.:**     **09-cv-0007 (TJM/GHL)**

Your Honor:

Both Plaintiffs and Defendants respectfully request an additional thirty (30) days to continue settlement discussions. If this extension of time meets the Court's approval please "So Order" this letter as indicated below.

Respectfully submitted,

LEMIRE JOHNSON, LLC

Jacinda H. Conboy
jhc@lemirejohnsonlaw.com

JHC:dl
cc:  Michael Mervis, Esq.
     Jason Gerstein, Esq.
     Lori Windham, Esq.

SO ORDERED:

_____

HON. GEORGE H. LOWE, U.S.M.J.

Yoder, et al v. Town of Morristown, et al      Doc. 34

Dockets.Justia.com