
Proskauer Rose LLP  1585 Broadway  New York, NY 10036-8299

December 1, 2009

**Via ECF**

Honorable George H. Lowe
United States Magistrate Judge
United States District Court
Northern District of New York
Syracuse, New York 13261

Re: **Yoder, et al. v. Town of Morristown,**
     **Civil Case No.: 09-cv-0007 (TJM/GHL)**

Your Honor:

    Plaintiffs and Defendants have been unable to reach a settlement, despite continued settlement discussions. Therefore, both parties respectfully request to resume litigation. If this request meets the Court's approval, please "So Order" this letter as indicated below.

Respectfully submitted,

*Michael T. Mervis/JM6*

Michael T. Mervis
mmervis@proskauer.com

cc:  Gregg T. Johnson, Esq.
     Jacinda H. Conboy, Esq.
     Lori H. Windham, Esq.
     Eric C. Rassbach, Esq.

                          SO ORDERED:

                          _____
                          HON. GEORGE H. LOWE, U.S.M.J.