# LEMIRE JOHNSON, LLC

Attorneys at Law

2534 Route 9, P.O. Box 2485, Malta, NY 12020
518.899.5700 ~ 518.793.9005
Fax 518.899.5487

December 14, 2009

*Via ECF*
Honorable George H. Lowe
United States Magistrate Judge
United States Federal Court
Northern District of New York
Syracuse, New York 13261

**Re:** **Yoder, et al. v. Town of Morristown, et al.**
     **Civil Case No.:** **09 Civ. 007 (TJM/GHL)**

Your Honor:

    As the Court is aware, this firm represents the Defendants in the above referenced matter. Currently, this matter is scheduled for a telephonic conference on December 15, 2009 at 2 p.m.

    I am writing on behalf of the firm to respectfully request that such conference be adjourned to a date subsequent to the Christmas holiday as the firm is currently engaged in a trial in the Southern District of New York in the matter of *Smith v. Tuckahoe Union Free School District* (03 Civ. 7951) and will be so engaged this entire week and possibly into next week (depending on jury deliberations).

    Thank you for the Court's anticipated attention to this request.

Respectfully submitted,

LEMIRE JOHNSON LLC

*Debra Lewendon*

Debra Lewendon, Paralegal

dl
cc: Michael Mervis, Esq.
     Lori Windham, Esq.