UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVI YODER, JONAS ZOOK, SAM ZOOK, JOHN L. HERSHBERGER, MENNO S. HERSHBERGER, URIE HERSHBERGER, MENNO L. GLICK, ANDY A. MILLER, DANNIE L. SWARTZENTRUBER, MOSIE SWARTZENTRUBER, PETER D. SWARTZENTRUBER, BISHOP HARVEY MILLER, and BISHOP MOSE MILLER, Plaintiffs, | ) ) ) ) ) ) ) ) ) ) ) CASE NO. 7:09-CV-0007 (TJM/GHL) |
| v. | ) ) |
| TOWN OF MORRISTOWN, LANETTA KAY DAVIS, in her official capacity; FRANK L. PUTMAN, in his official capacity; HOWARD WARREN, in his official capacity; DAVID STOUT III, in his official capacity; MARK BLANCHARD, in his official capacity; CHRISTOPHER COFFIN, in his official capacity; and GARY TURNER, in his official capacity, Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Russell L. Hirschhorn of Proskauer Rose LLP as counsel of record in this case for Plaintiffs. I certify that I am admitted to practice in this Court.

Dated:  January 7, 2010
         New York, New York

PROSKAUER ROSE LLP

By: Russell L. Hirschhorn_____
       Russell L. Hirschhorn
1585 Broadway
New York, New York 10036-8299
P:  212.969.3286
F:  212.969.2900
rhirschhorn@proskauer.com