# LEMIRE JOHNSON, LLC

Attorneys at Law

2534 Route 9, P.O. Box 2485, Malta, NY 12020
518.899.5700 ~ 518.793.9005
Fax 518.899.5487

January 11, 2010

*<u>Via Electronic Filing</u>*

Honorable George H. Lowe
United States Magistrate
United States District Court
Northern District of New York
Syracuse, New York 13261

Re: <u>Yoder, et al. v. Town of Morristown, et al.</u>
    Civil Case No.:    09-cv-0007 (TJM/GHL)

Your Honor:

Pursuant to Your Honor's request, please be advised that the parties have scheduled a telephonic conference for Wednesday, January 13, 2010 at 4:00 p.m. to discuss the remaining outstanding discovery issues.

Subsequent to that conference, subsequent correspondence will be submitted to the Court advising what, if any, further discovery issues remain outstanding.

Thank you.

Respectfully submitted,

LEMIRE JOHNSON, LLC

Gregg T. Johnson
Gtj@lemirejohnsonlaw.com

GTJ:dl
cc:   Proskauer Rose LLP
      The Becket Fund for Religious Liberty