# LEMIRE JOHNSON, LLC

Attorneys at Law

2534 Route 9, P.O. Box 2485, Malta, NY 12020
518.899.5700 ~ 518.793.9005
Fax 518.899.5487

January 26, 2010

*Via Electronic Filing*

Hon. George H. Lowe, U.S.M.J.
U.S.D.C. Northern District of New York
Northern District of New York
Syracuse, New York 13261

Re:   *Yoder, et al. v. Town of Morristown, et al.*
      Civil Case No.:    09-cv-0007 (TJM/GHL)

Dear Magistrate Lowe:

We write in response to Your Honor's request and to follow-up on our January 11, 2010 letter notifying the Court of the parties' meet and confer conference.

As a result of the January 11, 2010 "meet and confer," as well as other communications between counsel, both parties have exchanged supplemental discovery responses and are committed to further supplementing discovery responses by Friday, January 29, 2010. While some discovery disputes remain outstanding, the parties will more accurately be able to identify "discovery disputes" ripe for the Court's consideration once they have had an opportunity to review supplemental document production scheduled for Friday, January 29, 2010. Accordingly, unless the Court directs otherwise, we would propose to write Your Honor on or before February 5, 2010, listing any outstanding discovery disputes.

Respectfully yours,

LEMIRE JOHNSON, LLC

Gregg T. Johnson
Bar Roll No.: 506443
gtj@lemirejohnsonlaw.com

GTJ:lmg
cc:   Proskauer Rose LLP
      The Becket Fund for Religious Liberty
      Andrew Silver, Esq.