UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

LEVI YODER, JONAS ZOOK, SAM ZOOK, JOHN L.
HERSHBERGER, MENNO S. HERSHBERGER, URIE
HERSHBERGER, MENNO L. GLICK, ANDY A. MILLER,
DANNIE L. SCHWARTZENTRUBER, MOSIE
SCHWARTZENTRUBER, PETER D. SCHWARTZENTRUBER,
BISHOP HARVEY MILLER, and BISHOP MOSE MILLER,

                                    Plaintiffs,              Civil Case No.: 09-cv-0007
                                                                     (TJM/GHL)

                     - against -

TOWN OF MORRISTOWN, LANETTA KAY DAVIS, in her
official capacity; FRANK L. PUTMAN, in his official capacity;
HOWARD WARREN, in his official capacity; DAVID STOUT, III,
in his official capacity; MARK BLANCHARD, in his official
capacity; CHRISTOPHER COFFIN, in his official capacity; and
GARY TURNER, in his official capacity,

                                    Defendants.
_____


## CERTIFICATE OF SERVICE

        I hereby certify that on January 26, 2010, I electronically filed the foregoing Status Letter

with the Clerk of the District Court using the CM/ECF system, which sent notification of such

filing to the following:

    1.      Michael T. Mervis, Esq., Attorney for Plaintiffs at mmervis@proskauer.com;

    2.      Jessica J. Kastner, Esq., Attorney for Plaintiffs at jkastner@proskauer.com;

    3.      Eric C. Rassbach, Esq., Attorney for Plaintiffs at erassbach@becketfund.org; and

    4.      Lori H. Windham, Esq., Attorney for Plaintiffs at lwindham@becketfund.org

Dated: January 26, 2010

                                    _____
                                    Loretta M. Glogowski
                                    for Gregg T. Johnson, Esq. (506443)