UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

LEVI YODER, JONAS ZOOK, SAM ZOOK, JOHN L.
HERSHBERGER, MENNO S. HERSHBERGER, URIE
HERSHBERGER, MENNO L. GLICK, ANDY A. MILLER,
DANNIE L. SCHWARTZENTRUBER, MOSIE
SCHWARTZENTRUBER, PETER D. SCHWARTZENTRUBER,
BISHOP HARVEY MILLER, and BISHOP MOSE MILLER,

                        Plaintiffs,                **Civil Case No.: 09-cv-0007**
                                                                             **(TJM/GHL)**

              - against -

TOWN OF MORRISTOWN, LANETTA KAY DAVIS, in her
official capacity; FRANK L. PUTMAN, in his official capacity;
HOWARD WARREN, in his official capacity; DAVID STOUT, III,
in his official capacity; MARK BLANCHARD, in his official
capacity; CHRISTOPHER COFFIN, in his official capacity; and
GARY TURNER, in his official capacity,

                        Defendants.
_____

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2010 I electronically filed the foregoing Notice of Motion to Dismiss, including Affidavit of Jacinda H. Conboy, Memo of Law in Support, and Exhibits with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following: Michael Mervis, Proskauer Rose, Attorneys for Plaintiffs at mmervis@proskauer.com; Eric Rassbach, The Becket Fund for Religious Liberty, Attorneys for Plaintiffs at erassbach@becketfund.org; and Lori Windham, The Becket Fund for Religious Liberty, Attorneys for Plaintiffs, at lwindham@becketfund.org.

Dated: February 5, 2010

                                              _/s/_____
                                              Debra Lewendon for Jacinda H. Conboy (105383)