UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
LEVI YODER, et al,

 Plaintiffs,

 v. 7:09-CV-7

TOWN OF MORRISTOWN, et al,

 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THOMAS J. McAVOY
Senior United States District Judge

## **ORDER**

 The Court has considered and determined, sua sponte, that recusal is appropriate pursuant to 28 U.S.C. § 455(a). The Clerk of the Court shall reassign this case to another available District Judge.

IT IS SO ORDERED.

Dated: February 22, 2010

_____
Thomas J. McAvoy
Senior, U.S. District Judge