## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEVI YODER, JONAS ZOOK, SAM ZOOK, JOHN L. HERSHBERGER, MENNO S. HERSHBERGER, URIE HERSHBERGER, MENNO L. GLICK, ANDY A. MILLER, DANNIE L. SWARTZENTRUBER, MOSIE SWARTZENTRUBER, PETER D. SWARTZENTRUBER, BISHOP HARVEY MILLER, and BISHOP MOSE MILLER, | : : : : : | No. 09-CV-0007 (TJM/GHL) |
| Plaintiffs, | : : | ECF CASE |
| v. | : | |
| TOWN OF MORRISTOWN, LANETTA KAY DAVIS, in her official capacity; FRANK L. PUTMAN, in his official capacity; HOWARD WARREN, in his official capacity; DAVID STOUT III, in his official capacity; MARK BLANCHARD, in his official capacity; CHRISTOPHER COFFIN, in his official capacity; and GARY TURNER, in his official capacity, | : : : : | |
| Defendants. | | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiffs respectfully move for leave to file a short sur-reply in order to respond to the new issues, as well as the newly asserted motion, raised by Defendants in their Memorandum of Law in Reply to Plaintiffs' Opposition and in Further Support of Defendants' Motion to Dismiss.

Dated: March 2, 2010
       New York, NY

                                  Respectfully submitted,

                                By:  /s/Michael T. Mervis

Dockets.Justia.com

2

        Michael T. Mervis (Bar Number:  515353)
        Russell L. Hirschhorn  (Bar Number:  514527)
        Jason D. Gerstein (admitted *pro hac vice*)
        Daniel Goldberger (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
P: 212.969.3000
F: 212.969.2900

Eric Rassbach (admitted *pro hac vice*)
Lori H. Windham (admitted *pro hac vice*)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1350 Connecticut Avenue, N.W., Suite 605
Washington, D.C.  20036
P: 202.955.0095
*Attorneys for Plaintiffs*