## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVI YODER, JONAS ZOOK, SAM ZOOK, JOHN L. HERSHBERGER, MENNO S. HERSHBERGER, URIE HERSHBERGER, MENNO L. GLICK, ANDY A. MILLER, DANNIE L. SWARTZENTRUBER, MOSIE SWARTZENTRUBER, PETER D. SWARTZENTRUBER, BISHOP HARVEY MILLER, and BISHOP MOSE MILLER, | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | :      Case No.: 09-CV-0007 (TJM/GHL) |
| v. | : |
| TOWN OF MORRISTOWN, LANETTA KAY DAVIS, in her official capacity; FRANK L. PUTMAN, in his official capacity; HOWARD WARREN, in his official capacity; DAVID STOUT III, in his official capacity; MARK BLANCHARD, in his official capacity; CHRISTOPHER COFFIN, in his official capacity; and GARY TURNER, in his official capacity, | :      ECF CASE <br> : <br> : <br> : |
| Defendants. | : |

## AFFIDAVIT OF DANIEL P. GOLDBERGER

STATE OF NEW YORK    )
                         )ss.
COUNTY OF NEW YORK  )

I, DANIEL P. GOLDBERGER, bring duly sworn, state:

1.     I am associated with the firm Proskauer Rose LLP, attorneys for Plaintiffs. I make this affidavit in support of Plaintiffs' Motion for Leave to File Sur-Reply.

2.     Defendants filed a motion to dismiss or, in the alternative, to join necessary parties on February 5, 2010. (Docket No. 42.)

3.     Plaintiffs filed their Opposition to that motion on February 19. (Docket No. 46).

Dockets.Justia.com

4.      On February 25, Defendants filed a Reply in support of their motion.  (Docket

No. 48).  The Reply contained detailed argument on building codes, included lengthy

attachments, and purported to make a new motion to strike portions of the Complaint.  *See id.*

_____
Daniel P. Goldberger

Sworn to before me this
2nd day of March, 2010

_____
Notary Public

THOMAS A. BRUNO
Notary Public, State of New York
No. 01BR5088465
Qualified in Queens County
Commission Expires Nov. 17, 20_13_

2