## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2010, I electronically filed the foregoing Motion for Leave, Memorandum of Law and Affidavit of Daniel P. Goldberger with the Clerk of the Court using CM/ECF, which transmitted Notices of Electronic Filing generated by CM/ECF to the following:

Attorneys for Defendants:
Jacinda Conboy, Esq.
Lemire Johnson LLC
2534 Route 9, P.O. Box 2485
Malta, NY 12020
jhc@lemirejohnsonlaw.com

Gregg T. Johnson, Esq.
Lemire Johnson LLC
2534 Route 9, P.O. Box 2485
Malta, NY 12020
gtj@lemirejohnsonlaw.com

                                                 /s/Michael T. Mervis
                                                   Michael T. Mervis