# Proskauer»

Proskauer Rose LLP   1585 Broadway   New York, NY 10036-8299

August 18, 2010

**By ECF**

Daniel P. Goldberger
Attorney at Law
d 212.969.3174
f 212.969.2900
dgoldberger@proskauer.com
www.proskauer.com

The Honorable George H. Lowe
United States Magistrate Judge
U.S. District Court for the Northern District of New York
P.O. Box 7346
Syracuse, New York 13261-7346

Re: *Yoder, et al. v. Town of Morristown, et al.*, Civil Case No.: 09-cv-00007 (NPM/GHL)

Dear Judge Lowe:

    We, along with the Becket Fund for Religious Liberty, represent the Plaintiffs in the above-referenced matter. We write to notify the Court that, consistent with the Court's August 16, 2010 Text Order, we will again meet and confer with Defendants concerning the discovery issues raised in our August 13, 2010 letter to Your Honor as well as the issues raised, for the first time, in Defendants' letter filed with the Court earlier today.

    In addition, we agree with the Defendants' counsel that the September 2, 2010 status conference should be held in-person to discuss settlement issues and, if need be, any discovery issues that are not resolved during our meet and confer.

    We thank the Court for its attention to this matter.

Respectfully,

*/s/ Daniel P. Goldberger*

Daniel P. Goldberger

cc:    All By ECF

    Gregg T. Johnson, Esq.
    Jacinda H. Conboy, Esq.
    Lori H. Windham, Esq.
    Eric C. Rassbach, Esq.
    Michael T. Mervis, Esq.
    Russell L. Hirschhorn, Esq.
    Jason D. Gerstein, Esq.
    Rachelle L. Laroche, Esq.