

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

June 3, 2011

**By ECF**

Honorable George H. Lowe
United States Magistrate Judge
United States District Court for the Northern District of New York
P.O. Box 7346
Syracuse, New York 13261-7346

Michael T. Mervis
Member of the Firm
d 212.969.3565
f 212.969.2900
mmervis@proskauer.com
www.proskauer.com

Re: *Yoder et al. v. Morristown et al.*, Civil Case No.: 7:09-cv-00007 (NPM/GHL)

Dear Judge Lowe:

We, along with the Becket Fund for Religious Liberty, represent Plaintiffs in the above-referenced matter. Our Firm's representation of Plaintiffs has remained constant; however Rachelle L. Laroche is no longer employed by our Firm. We therefore respectfully request that she be removed from the docket as counsel for Plaintiffs.

Respectfully submitted,

Michael T. Mervis

cc: All by Electronic Case Filing & Electronic Mail

Jacinda H. Conboy, Esq.
Gregg T. Johnson, Esq.
Lori H. Windham, Esq.
Eric C. Rassbach, esq.
Eric N. Kniffen, Esq.
Russell L. Hirschhorn, Esq.
Daniel P. Goldberger, Esq.
Benjamin M. Rattner, Esq.
Jason D. Gerstein, Esq.