UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

LEVI YODER, JONAS ZOOK, SAM ZOOK, JOHN L.
HERSHBERGER, MENNO S. HERSHBERGER, URIE
HERSHBERGER, MENNO L. GLICK, ANDY A. MILLER,
DANNIE L. SWARTZENTRUBER, MOSIE SWARTZENTRUBER,
PETER D. SWARTZENTRUBER, BISHOP HARVEY MILLER,
and BISHOP MOSE MILLER,

                  Plaintiffs,      Civil Case No.:    7:09-cv-00007
                                                                            (NPM/ TWD)

- against -

TOWN OF MORRISTOWN, LANETTA KAY DAVIS, in her
official capacity; FRANK L. PUTMAN, in his official capacity;
HOWARD WARREN, in his official capacity; DAVID STOUT, III,
in his official capacity; MARK BLANCHARD, in his official
capacity; CHRISTOPHER COFFIN, in his official capacity; and
GARY TURNER, in his official capacity,

                  Defendants.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiffs and Defendants in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs, including any attorneys' fees, to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 12, 2012

PROSKAUER ROSE, LLP

By: _____ 9/21/12
Russell L. Hirschhorn
Bar Roll No.:
Attorneys for Plaintiffs
11 Times Square
New York, New York 10036
Tel:   212-969-3565
Email: rhirschhorn@proskauer.com

LEMIRE JOHNSON, LLC

By: _____ 9/12/12
Gregg T. Johnson
Bar Roll No.: 506443
Attorneys for Defendants
2534 Route 9, P.O. Box 2485
Malta, New York 12020
Tel:   518-899-5700
Email: gtj@lemirejohnsonlaw.com

THE BECKET FUND FOR RELIGIOUS LIBERTY

By: _____ 9/13/12
Eric C. Rassbach, Esq.
Eric N. Kniffin, Esq.
Lori H. Windham, Esq.
Attorney for Plaintiffs
3000 K St N.W. – Suite 200
Washington, D.C. 20007
Tel:   202-349-7211
Email: erassbach@becketfund.org
       ekniffin@becketfund.org
       lwindham@becketfund.org

SO ORDERED: _____
            Hon. Thérèse W. Dancks, USMJ

Dated:      September 21, 2012